## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) **CRIMINAL ACTION No.** *04-10294-GAO* |
| | ) |
| | ) **VIOLATIONS** |
| **DWIGHT B. COLE** | ) **Cts. 1 -3: 18 U.S.C. § 1709** |
| | ) **(Theft of Mail Matter)** |

## INDICTMENT

### COUNT ONE
### (18 U.S.C. Section 1709)
### (Theft of Mail Matter)

The Grand Jury charges:

Between on or about August 30, 2002, and on or about September 4, 2002, the exact date being unknown, in the District of Massachusetts,

### DWIGHT B. COLE,

the defendant herein, being a Postal Service employee, did embezzle letters and mail, and articles and things contained therein, that is, a United States Treasury check made payable to Raymond O'Neill and L. Dirosario O'Neill in the amount of $8, 118.00, which was entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by other persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

## COUNT TWO
### (18 U.S.C. Section 1709)
### (Theft of Mail Matter)

The Grand Jury charges:

Between on or about September 9, 2002, and on or about September 12, 2002, the exact date being unknown, in the District of Massachusetts,

### DWIGHT B. COLE,

the defendant herein, being a Postal Service employee, did embezzle letters and mail, and articles and things contained therein, that is, a United States Treasury check made payable to Darryl Jenkins in the amount of $12,716.61, which was entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by other persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

## COUNT THREE
### (18 U.S.C. Section 1709)
### (Theft of Mail Matter)

The Grand Jury charges:

Between on or about October 18, 2002, and on or about October 23, 2002, the exact date being unknown, in the District of Massachusetts,

## DWIGHT B. COLE,

the defendant herein, being a Postal Service employee, did embezzle letters and mail, and articles and things contained therein, that is, a United States Treasury check made payable to George D. and Karen S. Levy in the amount of $34,388.00, which was entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by other persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

3

## NOTICE OF ADDITIONAL FACTORS

1.  The loss or attempted loss related to Count One pursuant to U.S.S.G. § 2B1.1(b)(1) is $8,118.

2.  The loss or attempted loss related to Count Two pursuant to U.S.S.G. § 2B1.1(b)(1) is $12,716.61.

3.  The loss or attempted loss related to Count Two pursuant to U.S.S.G. § 2B1.1(b)(1) is $34,388.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
SANDRA S. BOWER
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS

September ___22___, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04    2:15 pm

5

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet

## U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __USPIS__

City __Boston__

County __Suffolk__    **Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Dwight B. Cole__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __69 Charles Street, Apt. 5, Dorchester, MA 02122-1423__

Birth date (Year only): __1958__ SSN (last 4 #): __6488__ Sex __M__ Race: _____ Nationality: __US__

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Sandra S. Bower__    Bar Number if applicable __0787700 (Florida)__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __3__

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _7-22-04_    Signature of AUSA: _Sandra S. Bower_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Dwight B. Cole

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1709 | Theft of Mail Matter | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 1/15/04 (USAO-MA)