AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

DWIGHT B. COLE

**WARRANT FOR ARREST**

Case Number: 04-10294-GAO

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT -7 A 11: 50

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DWIGHT B. COLE
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Theft of Mail Matter

in violation of Title __18__ United States Code, Section(s) __1709__

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

10/7/2004           Boston, MA
Date                Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USPS
BY ARREST OF THE
DEFENDANT ON 11/19/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |