# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2004-10294-GAO

DWIGHT COLE,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/22/2004 - Indictment returned.

11/19/2004 - Initial Appearance

11/23/2004 - Arraignment

11/24 - 12/22/2004 - Excluded as per L.R. 112.2(A)(2)

1/5/2005- Conference held.

1/6 - 2/4/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of February 4, 2005, SIXTEEN (16) non-excludable days will

have occurred leaving FIFTY-FOUR (54) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 6, 2005.