# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                         CRIMINAL NO. 2004-10294-GAO

DWIGHT COLE,
        Defendant.

## REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on January 5, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than THIRTY (30) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

    discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than fourteen (14) working days before trial.*

(3)    No.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Friday, February 4, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    It is unknown whether a trial will be necessary; it would take about three (3) trial days.

(7)    The Final Status Conference is set for *Wednesday, February 16, 2005 at 2:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 6, 2005.