UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-10294-GAO
                              )
DWIGHT COLE                   )
```

DEFENDANT'S MOTION FOR RELEASE OF RECORDS
IN THE CUSTODY OF PRETRIAL SERVICES

    Defendant Dwight Cole respectfully requests an order of this Court to permit Pretrial Services to release to undersigned counsel copies of defendant's medical and psychiatric records which are in its custody. As grounds for this motion, defendant states that, at the time of his initial appearance in this court, he signed releases to permit Pretrial Services to obtain his records, including from the Brockton VA. Due to restrictions on the release of the records, Pretrial Services believes that it is unable to release copies of the records to defendant without a court order.

    Defendant submits a draft order for the Court's consideration.

```
                              DWIGHT COLE
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                 B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10294-GAO |
| | ) | |
| DWIGHT COLE | ) | |

<u>ORDER</u>

COLLINGS, U.S.M.J.

    This Court hereby authorizes and orders Pretrial Services to release to the Federal Defender Office copies of all medical and psychiatric records of defendant which are in its custody.

_____
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February      , 2005