# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                  CRIMINAL NO. 2004-10294-GAO

DWIGHT COLE,
          Defendant.

# *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/16/2005 - Conference held.

Thus, as of February 17, 2005, TWENTY-SEVEN (27) non-excludable days have occurred leaving FORTY-THREE (43) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

February 18, 2005.