UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10294-GAO |
| | ) | |
| DWIGHT COLE | ) | |

<u>MOTION TO CONTINUE HEARING</u>

Defendant Dwight Cole, by his counsel, respectfully moves to continue the Rule 11 proceeding in this matter, now scheduled for May 25, 2005. Mr. Cole continues to undergo in-patient rehabilitation at the Hancock Manor Nursing Home, 133 Hancock St., Dorchester, 617-265-5220, in an effort to regain use of his left foot. At this time, it is uncertain what his release date may be.

The parties suggest a continued date of July 20 or 21 in the afternoon.

Defendant moves to exclude the time to the next hearing in the interest of justice.

The government has no objection to this motion.

DWIGHT COLE
By his attorney,

_____
/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061