UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10294-GAO |
| ) | |
| DWIGHT COLE ) | |

MOTION TO CONTINUE HEARING

Defendant Dwight Cole, by his counsel, respectfully moves to continue the Rule 11 proceeding in this matter, now scheduled for July 20, 2005.  Mr. Cole continues to undergo in-patient rehabilitation at the Hancock Manor Nursing Home, 133 Hancock Street, Dorchester, MA, 617-265-5220, in an effort to regain use of his left foot.  At this time, it is uncertain what his release date may be.

The parties suggest a continued date in late September.

Defendant moves to exclude the time to the next hearing in the interest of justice.

The government has no objection to this motion.

                                              DWIGHT COLE
                                              By his attorney,

                                              /s/ Charles P. McGinty
                                              Charles P. McGinty
                                                 B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

July 20, 2005