```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )    CRIMINAL NO. 04-10294-GAO
        v.               )
                         )
DWIGHT B. COLE,          )
        Defendant        )
                         )
```

### Notice Of Appearance Of Attorney
### For The Government

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the government in the above-captioned action.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                   By:   /s/Michael J. Pelgro
                         Michael J. Pelgro
                         Assistant U.S. Attorney


DATED:   October 7, 2005.
```