UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10294-GAO |
| | ) | |
| DWIGHT COLE | ) | |

MOTION TO CONTINUE CONFERENCE

Defendant Dwight Cole, by his counsel, respectfully moves to continue the status conference in this matter, now scheduled for September 27, 2006.  Undersigned counsel will be on trial at the scheduled time and is unavailable.  Further, Mr. Cole has recently been released from a psychiatric commitment and undersigned counsel has not had the opportunity to meet with him.  For these reasons, defendant seeks a further date in this matter, after November 1, 2006.

Defendant moves that the time from today to the next hearing in this matter be excluded in the interests of justice.

DWIGHT COLE
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
   B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 21, 2006.

                                        /s/ Charles McGinty

                                        Charles McGinty