UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10294-GAO |
| | ) | |
| DWIGHT B. COLE | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney James P. Dowden for the United States in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
   /s/ James P. Dowden
   JAMES P. DOWDEN
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, JAMES P. DOWDEN, certify that on March 5, 2007 I served upon counsel for defendant, Charles McGinty, a copy of the foregoing document via the Court's ECF electronic filing system.

/s/ James P. Dowden
James P. Dowden
Assistant United States Attorney