UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 04-10294-GAO |
| | ) |
| DWIGHT COLE | ) |

DISMISSAL OF INDICTMENT

The United States of America, by United States Attorney Michael J. Sullivan, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the indictment in the above-captioned matter. In view of the serious health issues the defendant is experiencing, and in consideration of the nature and gravity of the offense, the defendant has been approved to participate in a Pretrial Diversion Program. Accordingly, dismissal of the indictment without prejudice is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: _____
James P. Dowden
Assistant U.S. Attorney

LEAVE TO FILE GRANTED:

_____
Hon. George A. O'Toole, Jr.
UNITED STATES DISTRICT COURT JUDGE